United States District Court
Southern District of Texas
**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELMEN HOLDINGS, LLC, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:19-cv-3293 |
| MARTIN MARIETTA MATERIALS, INC., SUCCESSOR BY MERGER TO TEXAS INDUSTRIES, INC., *Defendant.* | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 28, 2022 (Dkt. 81) and the objections thereto (Dkt. 82), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation recommending denial of Plaintiff's Rule 12(c) Motion is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this _16th_ day of May, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE