United States District Court
Southern District of Texas

**ENTERED**

June 30, 2022

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ELMEN HOLDINGS, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-3293 |
| | § | |
| MARTIN MARIETTA MATERIALS, INC., | § | |
| SUCCESSOR BY MERGER TO TEXAS | § | |
| INDUSTRIES, INC., | § | |
| *Defendant.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 13, 2022 (Dkt. 84) and no objections having been filed, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation recommending that Plaintiff's Motion for Summary Judgment (Dkt. 66) be denied in part and denied without prejudice in part and that Defendant's Motion for Summary Judgment (Dkt. 65) be granted in part and denied without prejudice in part is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this **30th** day of June, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE