United States District Court
Southern District of Texas
**ENTERED**
December 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELMEN HOLDINGS, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-3293 |
| | § | |
| MARTIN MARIETTA MATERIALS, INC., | § | |
| SUCCESSOR BY MERGER TO TEXAS | § | |
| INDUSTRIES, INC., | § | |
| *Defendant,* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### AMENDED MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Amended Memorandum and Recommendation dated November 22, 2022 (Dkt. 96), the objections thereto (Dkt. 97), and the response to objections (Dkt. 98), the court is of the opinion that said Amended Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Amended Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Elemen's renewed Motion for Summary Judgment (Dkt. 88) is **GRANTED** and Martin Marietta's renewed Motion for Summary Judgment (Dtk. 87) is **DENIED**.

The court will issue a separate Final Declaratory Judgment.

**SIGNED** at Houston, Texas this 21st day of December, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE